No. 759. UNITED STATES *v.* UNITED MINE WORKERS OF AMERICA; and

No. 760. UNITED STATES *v.* LEWIS. December 9, 1946. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Attorney General Clark* for the United States. Reported below: See 70 F. Supp. 42.

No. 497. 149 MADISON AVENUE CORP. ET AL. *v.* ASSELTA ET AL. See *post,* p. 817.

No. 369. SIOUX TRIBE OF INDIANS *v.* UNITED STATES. See *ante,* p. 685.

No. 389. MCLAREN *v.* NIERSTHEIMER, WARDEN. See *ante,* p. 685.

No. 454. FLEMING ET AL., TRUSTEES, ET AL. *v.* TRAPHAGEN ET AL. See *ante,* p. 686.